UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAN KOUAY SAEYANG, | |
| Petitioner, | CASE NO.   C07-1092-JCC |
| v. | |
| TIMOTHY WENGLER, | ORDER DISMISSING § 2254 PETITION |
| Respondent. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, all briefing submitted by the parties, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition (Dkt. No. 4) is DENIED, and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 21st day of December, 2007.

JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING § 2254 PETITION